[No. 20402–5–I.   Division One.   April 11, 1988.]

JOHN PIPER, *Respondent,* v. LEONARD J. SUCHY,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–12382–8, Gary M. Little, J., entered
August 14, 1986. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Webster, J., and Williams, J.
Pro Tem.

[No. 19484–4–I.   Division One.   April 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TREBION W.
McCORVEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–8–04115–1, Terrence A. Carroll, J., entered
October 29, 1986. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Grosse and Pekelis, JJ.

[No. 20039–9–I.   Division One.   April 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–04165–2, Frank D. Howard, J., entered
March 3, 1987. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.